THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN DAVIS, Appellant.

*People* v. *Davis*, 183 App. Div. 274, affirmed.
(Argued March 3, 1919; decided March 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1918, which affirmed a judgment of the Onondaga County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Henry R. Follett* and *Daniel T. Scully* for appellant.
*John H. Walrath* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.